**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CATHADDEUS NORRIS,

    Petitioner,

v.                                         CASE NO. 8:05-CV-2084-T-30MSS

JAMES V. CROSBY, JR., et al.,

    Respondents.
_____/

**O R D E R**

This matter comes before the Court upon receipt of the filing fee (Dkt. 4). Petitioner failed to sign the petition in accordance with Fed. R. Civ. P. 11, the instructions accompanying the § 2254 petition form, and Local Rule 1.05(d). Rule 11 provides, in pertinent part, that "an unsigned petition shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party." Fed. R. Civ. P. 11(a).

**ACCORDINGLY**, the Court **ORDERS** that:

    1.    The **Clerk** shall mail to Petitioner a copy of the court-approved form for filing § 2254 petitions with Petitioner's copy of this order. The above referenced case number shall be affixed thereto.

    2.    Petitioner shall file a properly completed and executed § 2254 petition within **TWENTY-FIVE (25) DAYS** of the date of this order.

3. No further action shall be taken with regard to the petition until Petitioner complies with this order. If Petitioner fails to comply within the allotted time, the unsigned petition will be stricken, and the case will be **dismissed without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
*Pro se* Petitioner

SA:jsh